UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 24-1192-MWF(MARx)** | Date: August 13, 2024 |
| Title  *GS Holistic, LLC v. Anisa Sharif, Inc., et al.* | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER VACATING SCHEDULING CONFERENCE; ORDER TO SHOW CAUSE**

On July 17, 2024, the Court filed an Order Setting Scheduling Conference (the "Order'). (Docket No. 20). Pursuant to the Order, the parties' Joint Rule 26(f) Report (the "Report") was due no later than August 5, 2024. The Order further set a Scheduling Conference on August 19, 2024, at 11:00 a.m.

The required Report has not been filed. Therefore, the Court **VACATES** the Scheduling Conference; no appearances shall be made on August 19, 2024.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the parties' Report, including the Worksheet of Pretrial and Trial Dates (Exhibit A to the Order), no later than **AUGUST 23, 2024**. If Defendants fail or refuse to participate in the preparation of the Report, Plaintiff should file a unilateral report and include its efforts to prepare a Joint Report.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **AUGUST 23, 2024,** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-1192-MWF(MARx)**   Date: August 13, 2024

Title   ***GS Holistic, LLC v. Anisa Sharif, Inc., et al.***

IT IS SO ORDERED.